**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOMERO PINEDA, | ) | CASE NO. ED CV 07-00253 SVW (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| M. MUNTZ, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of HOMERO PINEDA for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 28, 2009

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE